## John H. Zimmerman, Appellant, v. Sam Garafolo et al., Appellees.

**Gen. No. 9,520.**

opinion filed September 19, 1940. John H. Page and Edward S. Foltz, Jr., for appellant; Stanley H. Guyer, for appellees. Opinion by JUSTICE DOVE. ''Not to be published in full.''